UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

MATHEW MERCER-KINSER,

    Defendant - Appellant.

6th Cir. Case No. 24-1227

On appeal from U.S.D.C,
Eastern District of MI
Hon. Terrence G. Berg
Lower Case No. 19-20772

_____

| KIMBERLY W. STOUT (P38588) | ERIN S. SHAW |
| --- | --- |
| Counsel for Defendant | Assistant United States Attorney |
| 370 E. Maple Rd., 3rd Floor | 211 West Fort Street, 20th Fl |
| Birmingham, MI 48009 | Detroit, MI 48226 |
| (248) 258-3181 | (313) 226-9182 |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Kimberly W. Stout and requests this Honorable Court enter an Order permitting her to withdraw as counsel from the above matter. In support, Ms. Stout states as follows:

1. Ms. Stout was appointed to represent Mathew Mercer-Kinser on November 2, 2020 following the withdrawal of attorney Todd Shanker. A trial was held over four (4) days in February 2023 (delay due to COVID-19). Defendant was convicted of Count One, Receipt of Child Pornography, contrary to 18 U.S.C. 2252A(a)A2. Pursuant to 18 U.S.C. 2252A(b)(1), he faced a statutory minimum sentence of 15 years

(maximum of 40 years) due to having a prior conviction for Transportation/Shipment of Child Pornography from 2009. He was sentenced to 188 months on March 15, 2024 and a Judgment of Sentence was entered March 26, 2024.

2. Ms. Stout filed a Notice of Appeal with this Honorable Court on March 19, 2024. This Court then appointed Ms. Stout to represent Defendant on appeal. However, Ms. Stout cannot represent Defendant, as she discussed with him, amicably, because Defendant may wish to pursue issues of ineffective assistance of counsel.

WHEREFORE, Kimberly W. Stout respectfully requests this Court permit Ms. Stout to withdraw.

>Respectfully submitted,
>/s/Kimberly W. Stout_____
>Kimberly W. Stout (P38588)
>370 E. Maple Rd., 3rd Floor
>Birmingham, MI  48009
>(248) 258-3181

# **CERTIFICATE OF SERVICE**

KIMBERLY W. STOUT, being first duly sworn, deposes and says that on the 30th day of March, 2024, she served **MOTION TO WITHDRAW AS COUNSEL** and this **Certificate of Service** upon:

Assistant United States Attorney-Erin Shaw
211 West Fort Street, Suite 2001
Detroit, MI  48226

by ECF filing.

/s/Kimberly W. Stout\_\_\_\_\_

Kimberly W. Stout (P38588)